**DENY; and Opinion Filed January 9, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00026-CV

### IN RE REBECCA DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

This petition for writ of mandamus arises in the context of a divorce action in which the trial court has ordered the claims in the case bifurcated and tried to separate juries. Relator requests that the Court order the trial court to vacate its "Order on Motion to Clarify Order Bifurcating Trials" signed on December 31, 2014 and stay the first bifurcated trial which is presently set for January 12, 2015. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude the relator has failed to establish a right to the relief requested. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150026F.P05